IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                   Case No.: 3:12cv330/MW/EMT

WILLIAM R. BUSH, ALICIA C. BUSH,
JOHN DOE, n/k/a HOLLIE NOELLE MARKOFF,
and JANE DOE, n/k/a, KRISTINA RENE BUSH,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on a "Motion to Dismiss Parties Without Prejudice" pursuant to Fed. R. Civ. P. 41(a)(2), filed by Plaintiff United States of America, in which Plaintiff moves to dismiss all parties and to dismiss this action without prejudice (doc. 25).

Federal Rule of Civil Procedure 41(a)(2) provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Rule 41(a)(1) provides that an action may be dismissed without an order of the court (i) by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.

In the instant case, each Defendant has filed an answer to the complaint (docs. 8, 14, 15, 16), and Plaintiff's motion to dismiss is not accompanied by a stipulation of dismissal signed by all parties who have appeared. While dismissal pursuant to Rule 41(a)(1) therefore is not appropriate, the court concludes that dismissal pursuant Rule 41(a)(2) is appropriate. According to the Motion, Plaintiff and Defendants William R. Bush, Alicia C. Bush, John Doe n/k/a/ Hollie Noelle Markoff and Jane Doe, n/k/a Kristina Bush, have reached a settlement regarding the debt which was the cause of the action (doc. 25). As Plaintiff requests, this action should be dismissed without prejudice, with each party to bear its/his/her own attorneys' fees and costs (*see* doc. 25-1). Additionally, the pending motion for summary judgment filed by Plaintiff (doc. 20) should be denied as moot.

Accordingly, it is respectfully **RECOMMENDED** that:

1. Plaintiff's Motion to Dismiss Parties Without Prejudice (doc. 25) be **GRANTED**, and Plaintiff's claims against Defendant William R. Bush, Alicia C. Bush, John Doe n/k/a/ Hollie Noelle Markoff and Jane Doe, n/k/a Kristina Bush be **DISMISSED** without prejudice. Each party shall be its/his/her own attorneys' fees and costs.

2. Plaintiff's Motion for Summary Judgment (doc. 20) be **DENIED** as moot.

At Pensacola, Florida this 21st day of March 2013.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**