IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 CASE NO. 3:12-cv-330-MW/EMT

WILLIAM R. BUSH, ALICIA C. BUSH,
JOHN DOE, n/k/a HOLLIE NOELLE
MARKOFF, and JANE DOE, n/k/a
KRISTINA RENE BUSH,

    Defendants.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 26, filed March 21, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Motion to Dismiss Without Prejudice, ECF No. 25, is **GRANTED**. All claims against the Defendants are dismissed without prejudice. Each party shall bear its own attorney's fees and costs. Plaintiff's Motion for Summary Judgment, ECF No. 20, is **DENIED AS MOOT**." The Clerk shall close the file.

SO ORDERED on April 11, 2013.

                                                        s/Mark E. Walker          
                                                        United States District Judge